IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 2 2 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-00094-BNB

KENNETH THREADGILL,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

___

ORDER DRAWING CASE

___

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED February 22, 2011, at Denver, Colorado.

                        BY THE COURT:

                        s/ Boyd N. Boland
                        United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00094-BNB

Kenneth Threadgill
Reg. No. 09821-046
US Penitentiary Tucson
PO Box 24550
Tucson, AZ 85734

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on February 22, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk