IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Civil Action No. 11-cv-00094-REB-KMT

KENNETH THREADGILL,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 25 2011

GREGORY C. LANGHAM
                CLERK

---

## ORDER REQUIRING SERVICE BY UNITED STATES MARSHAL

**Blackburn, J.**

This matter is before the court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The court has granted the plaintiff leave to proceed *in forma pauperis*.

**THEREFORE, IT IS ORDERED** as follows:

1. That if appropriate, the Clerk shall attempt to obtain a waiver of service from a duly authorized agent or from legal counsel for the defendant;

2. That if the Clerk is unable to do so, then the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders on the defendant; provided, furthermore, that if appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d);

3. That all costs of service shall be advanced by the United States; and

4. That after service of process, counsel for the defendant shall respond to the

complaint as provided in the Federal Rules of Civil Procedure.

Dated February 24, 2011, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-000094-REB-KMT

Kenneth Treadgill
Reg. No. 09821-046
USP -Tucson
PO Box 24550
Tucson, AZ 85734

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

United States Attorney General - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

  I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Attorney General; and to the United States Attorney's Office: AMENDED COMPLAINT FILED 1/31/11, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 2/25/11.

GREGORY C. LANGHAM, CLERK

By:_____
     Deputy Clerk